1
2
3
4
5
6
7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10  PATRICK WILLIAMS,

11       Plaintiff,                No. CIV S-08-2860 KJM P

12       vs.

13  DEPARTMENT OF CORRECTIONS,
    et al.,
14
         Defendants.        ORDER
15  _____/

16       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17 to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account

19 statement for the six month period immediately preceding the filing of the complaint.  See 28

20 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his

21 prison trust account statement.

22       In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall

23 submit, within thirty days from the date of this order, a certified copy of his prison trust account

24 statement for the six month period immediately preceding the filing of the complaint.  The Clerk

25 of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a

26 /////

1  Prisoner. Failure to comply with this order will result in a recommendation that this action be
2  dismissed without prejudice.
3  DATED: December 8, 2008.

                                        U.S. MAGISTRATE JUDGE

6  /mp
   will2860.3c.new