IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

    Plaintiff,                     No. CIV S-08-2860 KJM P

    vs.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.              ORDER

/

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On April 7, 2009, the court granted the plaintiff's application to proceed in forma pauperis but dismissed his complaint without prejudice with leave to file an amended complaint within thirty days. Plaintiff now requests an additional thirty days in which to file an amended complaint. The request will be granted.

        Accordingly, IT IS HEREBY ORDERED that the plaintiff's request for an extension of time to file an amended complaint (docket no. 10) is granted. Plaintiff has until June 6, 2009, to file an amended complaint.

DATED: May 7, 2009.

4
will2860.eot

_____
U.S. MAGISTRATE JUDGE

1