IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

        Plaintiff,                       No. CIV S-08-2860 KJM P

    vs.

DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.             <u>ORDER</u>

                                            /

            Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On July 7, 2010 the court indicated it intended to appoint counsel for plaintiff for the limited purpose of drafting and filing an amended complaint. Robert Biegler was selected by random draw from the court's attorney panel to represent plaintiff. On July 30, 2010, Sujean Park, Pro Bono Coordinator, e-mailed Mr. Biegler concerning his selection and instructed him to contact her within five (5) days if he was unable to accept the appointment. Mr. Biegler has not communicated he is unable to accept the appointment.

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Robert Biegler is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff draft and file an amended complaint.

2. Robert Biegler's appointment will terminate when plaintiff's amended complaint is filed.

3. Robert Biegler shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Robert Biegler, The Biegler Law Firm, 725 University Avenue, Sacramento, California 95825.

DATED: August 16, 2010.

_____
U.S. MAGISTRATE JUDGE

will2860.31