IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

    Plaintiff,                       No. CIV-S-08-2860 KJM P

    vs.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.                ORDER TO SHOW CAUSE

/

    On July 8, 2010, plaintiff's amended complaint was dismissed and plaintiff was given sixty days in which to file a second amended complaint. On August 16, 2010, Robert Biegler was appointed as limited purpose counsel to assist plaintiff in filing an amended complaint. Plaintiff has not filed a second amended complaint by the date set by the court's July 8 order. Good cause appearing, IT IS HEREBY ORDERED that plaintiff show cause, within thirty days of the date of this order, why this action should not be dismissed.

DATED: October 5, 2010.

                                                  U.S. MAGISTRATE JUDGE

4
will2860.ord