IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS

    Plaintiff,                                  No. 2:08-cv-2860 KJN (TEMP) P

    vs.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.                           ORDER

/

        Plaintiff is a state prisoner proceeding with appointed counsel, in an action under 42 U.S.C. § 1983. On August 16, 2010, the court appointed Robert Biegler as counsel for plaintiff, for the limited purpose of assisting plaintiff in drafting and filing an amended complaint. On October 6, 2010, the court issued an order for plaintiff to show cause why his case should not be dismissed for failure to file an amended complaint. Plaintiff responded, without the assistance of counsel, that Mr. Biegler had never been in contact with him since Biegler's appointment as his lawyer. The court's records show that Mr. Biegler's law office was copied with the show cause order and the notice from plaintiff that Mr. Biegler had never communicated with him.

        In light of these circumstances, the court orders Robert Biegler, counsel for plaintiff, to show cause why he should not be sanctioned for failure to comply with the court's

1

orders and failure to comply with the court's orders and failure to communicate with his client or the court.

Accordingly, IT IS HEREBY ORDERED that Robert Biegler, counsel for plaintiff, has seven days from the entry of this order in which to show cause why he should not be sanctioned for failure to comply with the court's orders and failure to communicate with his client or the court.

DATED: May 17, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will2860.ord