1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRICK WILLIAMS

11            Plaintiff,                        No. 2:08-cv-2860 KJN (TEMP) P

12        vs.

13   DEPARTMENT OF CORRECTIONS,
     et al.
14
             Defendants.                 ORDER
15   _____/

16            Plaintiff is a state prisoner proceeding without counsel, in an action under 42

17   U.S.C. § 1983.  On August 16, 2010, the court appointed Robert Biegler as counsel for the

18   limited purpose of assisting plaintiff in the drafting and filing of an amended complaint.  See

19   Dkt. # 17.  On November 4, 2010, plaintiff notified the court that he had not had any contact with

20   Mr. Biegler since the appointment.  See Dkt. # 19.  On May 18, 2011, the court gave Mr. Biegler

21   seven days in which to show cause why he should not be sanctioned for failure to comply with

22   court orders and failure to communicate with his client or the court.  See Dkt. # 21.  Mr. Biegler

23   has not responded to the order to show cause.

24            The court has reviewed the records of the California State Bar Association and the

25   contact information for Mr. Biegler, who remains an active member of the Bar, is the same as the

26   contact information used by the court to notice him of his appointment and obligations as counsel

                                          1

1  for plaintiff.  The court therefore has no reason to find that Mr. Biegler has not been apprised of

2  his appointment and all of the court's orders since August 16, 2010.

3         In light of these circumstances, the court orders Robert Biegler to appear at a

4  hearing before the undersigned on June 16, 2011, at 10:00 a.m., to show cause why he should not

5  be sanctioned for failure to comply with court orders and failure to communicate with his client

6  or the court.

7         Accordingly, IT IS HEREBY ORDERED that Robert Biegler shall appear before

8  Magistrate Judge Kendall J. Newman on June 16, 2011, at 10:00 a.m., in Courtroom 25, to show

9  cause why he should not be sanctioned for failure to comply with court orders and failure to

10  communicate with his client or the court.  The Clerk of Court is directed to serve this order on

11  Robert Biegler electronically and by U.S. Mail at The Biegler Law Firm, 725 University Avenue,

12  Sacramento, California 95825.

13  DATED:  June 13, 2011

14

15  _____
   KENDALL J. NEWMAN

16  UNITED STATES MAGISTRATE JUDGE

17  will2860.ord

18

19

20

21

22

23

24

25

26

2