IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS

    Plaintiff,                        No. 2:08-cv-2860 KJN (TEMP) P

    vs.

DEPARTMENT OF CORRECTIONS, et al.

    Defendants.                 ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel, in an action under 42 U.S.C. § 1983.  On August 16, 2010, the court appointed Robert Biegler as counsel for the limited purpose of assisting plaintiff in the drafting and filing of an amended complaint.  <u>See</u> Dkt. # 17.  On November 4, 2010, plaintiff notified the court that he had not had any contact with Mr. Biegler since the appointment.  <u>See</u> Dkt. # 19.  On May 18, 2011, the court gave Mr. Biegler seven days in which to show cause why he should not be sanctioned for failure to comply with court orders and failure to communicate with his client or the court.  <u>See</u> Dkt. # 21.  Mr. Biegler has not responded to the order to show cause.

        The court has reviewed the records of the California State Bar Association and the contact information for Mr. Biegler, who remains an active member of the Bar, is the same as the contact information used by the court to notice him of his appointment and obligations as counsel

1

for plaintiff. The court therefore has no reason to find that Mr. Biegler has not been apprised of his appointment and all of the court's orders since August 16, 2010.

In light of these circumstances, the court orders Robert Biegler to appear at a hearing before the undersigned on June 16, 2011, at 10:00 a.m., to show cause why he should not be sanctioned for failure to comply with court orders and failure to communicate with his client or the court.

Accordingly, IT IS HEREBY ORDERED that Robert Biegler shall appear before Magistrate Judge Kendall J. Newman on June 16, 2011, at 10:00 a.m., in Courtroom 25, to show cause why he should not be sanctioned for failure to comply with court orders and failure to communicate with his client or the court. The Clerk of Court is directed to serve this order on Robert Biegler electronically and by U.S. Mail at The Biegler Law Firm, 725 University Avenue, Sacramento, California 95825.

DATED: June 13, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will2860.ord