IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS

    Plaintiff,                      No. 2:08-cv-2860 KJN (TEMP) P

    vs.

DEPARTMENT OF CORRECTIONS, et al.

    Defendants.                ORDER

        Plaintiff is a state prisoner proceeding with counsel in an action under 42 U.S.C. § 1983. On June 16, 2011, the court ordered plaintiff's counsel to meet in person with plaintiff by July 5, 2011, and file an amended complaint within thirty days of that meeting. Plaintiff's counsel has timely filed an unsworn notice with the court, labeled as a response to an earlier show cause order, stating that, despite his best efforts, he has been unable to arrange a meeting with plaintiff by the July 5 deadline. He states that he is continuing efforts to finalize a time to meet with his client. See Dkt. # 27.

        The court accepts counsel's representation that he has been unable to meet with plaintiff despite good faith efforts. In light of counsel's difficulty in arranging a meeting before the July 5 deadline, the court will order that counsel meet with his client by August 4, 2011, or file a sworn statement stating why he has not met with his client and his detailed efforts to meet

1

with his client.  Once counsel has met with his client, he should so notice the court within seven days of that meeting.  Plaintiff's amended complaint will be due within thirty days of that meeting.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Plaintiff's counsel shall meet with his client by August 4, 2011, or file a sworn statement stating why he has not met with his client and his detailed efforts to meet with his client.  Once counsel has met with his client, counsel should so notice the court within seven days of that meeting.  Plaintiff's amended complaint will be due within thirty days of that meeting.

        2.  Counsel's reports in compliance with this order will be in the form of a sworn declaration.

DATED: July 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will2860.ord