IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

    Plaintiff,                     No. CIV S-08-2860 CKD P

    vs.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendant.                ORDER TO SHOW CAUSE

_____/

    On July 8, 2011, the court ordered plaintiff's counsel to meet with plaintiff by August 4, 2011 or file a sworn statement why he had not met with plaintiff by then. The court also ordered that if counsel did in fact meet with plaintiff, counsel file notice with the court within seven days following the meeting. Counsel has not filed anything with the court since July 8, 2011. Accordingly, IT IS HEREBY ORDERED that plaintiff's counsel appear before the court on September 7, 2011 at 10:00 a.m. and show cause why sanctions should not be imposed for failure to comply with the court's August 4, 2011 order.

Dated: August 25, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/will2860.san