IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

     Plaintiff,                    No. CIV S-08-2860 CKD P

     vs.

DEPARTMENT OF CORRECTIONS, et al.,

     Defendant.               <u>ORDER</u>

                                  /

In light of the declarations filed today by counsel for plaintiff and Ms. Shelley Scott, IT IS HEREBY ORDERED that:

       1. The order to show cause issued August 25, 2011 is vacated.

       2. The hearing on the order to show cause set for September 7, 2011 is vacated.

       3. The Clerk of the Court is directed to send counsel for plaintiff a copy of the complaint filed by plaintiff on November 25, 2008.

       4. Counsel for plaintiff is granted 45 days within which to file an amended complaint or a statement of voluntary dismissal of this action if plaintiff has no actionable claim. Counsel for plaintiff is free to seek an extension of time with respect to this deadline if one is necessary, but a request for an extension of time must be requested prior to the expiration of the

/////

deadline. While the court greatly appreciates counsel's willingness to represent plaintiff pro bono, if counsel continues to let court deadlines pass without seeking an extension of time before the deadline passes, the court will eventually be compelled to assess monetary sanctions. Counsel is reminded that he may contact Sujean Park at (916) 930-4278 or via e-mail at spark@caed.uscourts.gov if he has any questions related to his appointment including, but not limited to, how to obtain documents from the court's file and how to communicate with or visit his client.

Dated: September 2, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will2860.vosc