IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

    Plaintiff,               No. CIV S-08-2860 CKD P

   vs.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.          ORDER

_____/

      A status conference was held in this matter on November 14, 2011. Robert P. Biegler appeared on behalf of plaintiff. In light of the discussion occurring at the status conference, and good cause appearing, THE COURT MADE THE FOLLOWING ORDERS AND ANNOUNCED THEM IN OPEN COURT:

      1. No later than 5:00 p.m. on Monday, November 21, 2011, counsel for plaintiff shall file a document indicating whether he met with plaintiff on Friday, November 18, 2011.

      2. No later than 5:00 p.m on December 9, 2011, counsel for plaintiff shall file a second amended complaint, or a statement of voluntary dismissal.

/////

/////

/////

1

      3.  Failure to comply with any aspect of this order will result in the issuance of an order to show cause why substantial monetary sanctions should not be imposed.

Dated: November 14, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will2860.oah