IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

    Plaintiff,                                   No. CIV S-08-2860 CKD P

    vs.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.                               <u>ORDER</u>

        Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of February 16, 2012. In his request, plaintiff indicates that he is being temporarily housed at the Atascadero State Mental Hospital and is without his legal property. Plaintiff indicates he will be reunited with his property in approximately three months.

        Good cause appearing, the court will stay this matter until plaintiff is receives his property and is able to draft his second amended complaint. If obtaining his legal property takes an inordinate amount of time, plaintiff may seek a court order directing officials to provide plaintiff with his property. If plaintiff does file such a motion he should indicate what property he needs and why.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 9, 2012 request for an extension of time (dkt. No. 44) is denied.

2. This matter is stayed.

3. The Clerk of the Court is directed to administratively close this case.

4. Plaintiff shall inform the court when he is reunited with his legal property and is ready to proceed with this case.

Dated: April 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
will2860.36